IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMAR KAUKAB, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 02 C 0371 |
| | ) Judge Joan H. Lefkow |
| MAJOR GENERAL DAVID HARRIS, | ) |
| SPC REUBEN VARGAS, | ) |
| ARGENBRIGHT SECURITY, INC., MIKHY | ) |
| APPLING, TIKAYLA EWING-WILLIAMS, AND | ) |
| SHAWNA JONES | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO: See Service List

PLEASE TAKE NOTICE that on the 3rd day of September, 2004, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, a **STIPULATION TO DISMISS**, a copy of which is attached hereto and served upon you.

By: _____
One of the Plaintiffs' Attorneys

HARVEY GROSSMAN
LORIE CHAITEN
The Roger Baldwin Foundation
of ACLU, Inc.
180 N. Michigan Ave., Suite 2300
Chicago, IL 60601
(312) 201-9740

KAMRAN MEMON
Law Offices of Kamran Memon
200 S. Michigan Ave., Suite 1240
Chicago, IL 60604
(312) 786-0200

CHARLES PETERS
LAURA WEINBERG
CAROLYN MOREHOUSE
Schiff Hardin & Waite
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
(312) 258-5500

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
SEP 0 7 2004

SAMAR KAUKAB,                           )
                                        )
            Plaintiff,    FILED         )
                                        ) No. 02 C 0371
      v.               SEP - 3 2004     )
                                        ) Hon. Judge Joan Lefkow
                     MICHAEL W. DOBBINS )
MAJOR GENERAL DAVID HARRIS, U.S. DISTRICT COURT Honorable Magistrate
SPC REUBEN VARGAS, ARGENBRIGHT          ) Judge Martin C. Ashman
SECURITY, INC., MIKHY APPLING, TIKAYLA  )
EWING-WILLIAMS and SHAWNA JONES,        )
                                        )
            Defendants.                 )

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Samar Kaukab, by and through her attorney, Lorie Chaiten and the Defendants, Major General David Harris (RET), by and through his attorney, LISA MADIGAN, Attorney General of Illinois and SPC Reuben Vargas, by and through his attorneys, the United States Department of Justice and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and Defendants agree as follows:

1. Defendants Major General David Harris and SPC Reuben Vargas shall be dismissed from this lawsuit with prejudice and without leave to reinstate.

2. Each party shall bear its own costs, attorney's fees and expenses.

AGREED:

_____            _____
Lorie Chaiten                              Janet M. Fasano
Counsel for Plaintiff                      Assistant Attorney General
The Roger Baldwin Foundation/ACLU          Attorney for Defendant, Harris
180 North Michigan                         100 West Randolph Street, 13th Floor
Chicago, Illinois 60601                    Chicago, Illinois 60601
(312) 201-9740                             (312) 814-5159

Date: 9/2/04                               Date: 9-1-04

                                           _____
                                           Paul Brown
                                           U.S. Department of Justice -Civil Div.
                                           Ben Franklin Station -
                                           Washington, D.C. 20044
                                           202-616-4167

                                           Date: 9-1-04

## CERTIFICATE OF SERVICE

I, LORIE CHAITEN, an attorney, hereby certify that on the 3rd day of September 2004, I caused to be served to the parties listed below a true and correct copy of the **STIPULATION TO DISMISS** in the manners listed below, before the hour of 5:00 p.m.

By: _____
One of the Plaintiffs' Attorneys

### VIA U.S. MAIL

TO:  Janet Fasano
     Meghan Maine
     Assistant Attorneys General
     General Law Bureau
     100 W. Randolph St.
     13th Floor
     Chicago, IL 60601

     Paul Brown
     U.S. Department of Justice
     Civil Division, TORTS Branch
     Constitutional Torts Staff
     P.O. Box 7146
     Washington, D.C. 20044-7146