Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 02 C 371 | DATE | 9/13/2004 |
| CASE TITLE | Kaukab vs. Harris, et al. | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
 ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Pursuant to Stipulation to Dismiss [#133] defendants Harris and Vargas are dismissed with prejudice and without leave to reinstate and with each party to bear its own costs, fees and expenses. Enter Stipulation and Order of Dismissal. Defendants Appling, Ewing-Williams, and Jones are dismissed with prejudice. Court shall retain jurisdiction to enforce the Settlement Agreement. The Court finds that the Settlement Agreement between plaintiff and Argenbright is made in good faith under 740 ILCS 100/2(c). Case is dismissed with prejudice and is terminated.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 2 number of notices | Document Number |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | SEP 14 2004 date docketed | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | docketing deputy initials | 136 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | | |
| | Copy to judge/magistrate judge. | | 9/13/2004 | |
| MD | courtroom deputy's initials | 2004 SEP 14 AM 8:27 | date mailed notice MD | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
SEP 1 0 2004
JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Samar Kaukab, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 02 C 0371 |
| | ) | |
| | ) | Judge Joan H. Lefkow |
| Major General David Harris, et al., | ) | Judge Presiding |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER OF DISMISSAL

Wherefore, Plaintiff, Samar Kaukab, filed this action alleging that she was improperly stopped, detained and searched on November 7, 2001 at O'Hare International Airport; and

Wherefore, Defendants, Argenbright Security, Inc., Mikhy Appling, Tikayla Ewing-Williams and Shawna Jones (collectively "Argenbright") deny that they violated any of Plaintiff's rights; and

Wherefore, Plaintiff and Argenbright have reached an agreement to fully and finally resolve all claims between them relating to this action, or arising out of the incident that allegedly occurred on November 7, 2001 ("Settlement Agreement"); and

Wherefore, pursuant to stipulation of the parties dated April 22, 2004, this court dismissed Argenbright Security, Inc. from this action.

IT IS HEREBY ORDERED THAT:

1. Plaintiff's action against Mikhy Appling, Tikayla Ewing-Williams and Shawna Jones is dismissed with prejudice.

2. This Court shall retain jurisdiction to enforce the Settlement Agreement

136

and resolve any disputes that may relate to the Settlement Agreement.

3.  This Court finds the Settlement Agreement between Plaintiff and Argenbright is made in good faith under 740 ILCS 100/2(c).

SO STIPULATED:

Counsel for plaintiff Samar Kaukab

*[signature]* Dated: 9/9/04

Harvey Grossman
Lorie Chaiten
Roger Baldwin Foundation of ACLU, Inc.
180 N. Michigan Avenue
Chicago, Illinois 60601
(312) 201-9740

Charles Peters
Laura Weinberg
Carolyn Morehouse
Schiff, Hardin & Waite
233 S. Wacker Drive
Suite 6600
Chicago, Illinois 60606

Kamran Memon
Law Offices of Kamran Memon
200 S. Michigan Ave.
Suite 1240
Chicago, Illinois 60604
(312) 786-0200

02C371

Counsel for defendants Argenbright
Security, Inc., Mikhy Appling,
Tikayla Ewing-Williams, and
Shawna Jones

_____   Dated: 9/9/04
Iain D. Johnston
Holland & Knight, LLC
131 S. Dearborn St., 30th Floor
Chicago, IL 60603
(312) 578-6577


SO ORDERED:

_____   Dated: 9/13/2004
The Honorable Joan H. Lefkow

3